**Roy Lester DENMARK v. UNITED STATES of America.**

No. 1847.

Circuit Court of Appeals, Tenth Circuit.

March 1, 1939.

Tant & Flinn, of Oklahoma City, Okl., for appellant.

Cleon A. Summers, U. S. Atty., of Muskogee, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, at appellant's costs, for failure to prosecute, on motion of appellee.

**Oksan DERYMONJIAN, also known as Oscar Miller, Appellant, v. UNITED STATES of America, Appellee.**

No. 4411.

Circuit Court of Appeals, Fourth Circuit.

Jan. 9, 1939.

Milton H. Talkin, of Baltimore, Md., for appellant.

Bernard J. Flynn, U. S. Atty., and T. Barton Harrington, Asst. U. S. Atty., both of Baltimore, Md., for the United States.

PER CURIAM.

Judgment of District Court affirmed. Judgment filed.

**Rocco Di PIPPA, alias R. S. Long, alias Roxy Long, Appellant, v. UNITED STATES of America, Appellee.**

No. 6902.

Circuit Court of Appeals, Third Circuit.

March 15, 1939.

John J. Cohen, of Pittsburgh, Pa., for appellant.

Charles F. Uhl, U. S. Atty., and John D. Ray, Asst. U. S. Atty., both of Pittsburgh, Pa.

Before DAVIS, BIGGS, and MARIS, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**Benjamin Proctor EUBANK v. PRUDENTIAL INSURANCE COMPANY.**

No. 8054.

Circuit Court of Appeals, Sixth Circuit.

Feb. 14, 1939.

D. A. Sachs, Jr., of Louisville, Ky., and Franklin Rives, of Hopkinsville, Ky., for appellant.

H. W. Linton, of Hopkinsville, Ky., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Upon application of the appellant, the appellee not objecting, it is now ordered that this cause be and the same is dismissed—settled.